# Third District Court of Appeal

## State of Florida

Opinion filed August 31, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1495
Lower Tribunal No. 14-30219

————————

**Jorge Gonzalez-Barrera, et al.,**
Appellants,

vs.

**Majorca Towers Condominium, Inc.,**
Appellee.

An appeal from a non-final order from the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

W. Sam Holland, for appellants.

Becker & Poliakoff, P.A., and Lilliana M. Farinas-Sabogal, for appellee.

Before FERNANDEZ, C.J., and EMAS, and MILLER, JJ.

PER CURIAM.

Affirmed.  See Lazcar Int'l, Inc. v. Caraballo, 957 So. 2d 1191, 1193 (Fla. 3d DCA 2007); Allstate Floridian Ins. Co. v. Ronco Inventions, LLC, 890 So. 2d 300, 304 (Fla. 2d DCA 2004); see also Gonzalez-Barrera v. Majorca Towers Condo., Inc., 197 So. 3d 591 (Fla. 3d DCA 2016); Gonzalez-Barrera v. Majorca Towers Condo., Inc., 210 So. 3d 673 (Fla. 3d DCA 2016); Gonzalez-Barrera v. Majorca Towers Condo., Inc., 272 So. 3d 424 (Fla. 3d DCA 2019).